In the Matter of the WELFARE OF the CHILD OF: R.D.L. and J.W., Parents.

No. A13–1820.

Supreme Court of Minnesota.

July 15, 2014.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the court of appeals filed March 31, 2014, affirming the termination of appellant R.D.L.'s parental rights, is affirmed. This order is issued with opinion to follow.

PAGE, J., dissents.

BY THE COURT:

/s/Lorie S. Gildea
Chief Justice